IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PAMELA JEAN HOKAMP,

                  Plaintiff,

v.                                                ORDER

GERMAN OLVERES and JOE FLEWELLEN,        23-cv-181-jdp

                  Defendants.

---

I allowed pro se plaintiff Pamela Jean Hokamp to proceed on Fourth Amendment illegal search and excessive force claims against Joe Foy and Scott Killian. Dkt. 7. Later, I granted Hokamp's request to substitute German Olveres and Joe Flewellen as defendants for Foy and Killian. Dkt. 15.

Hokamp then filed a motion to supplement her complaint. Dkt. 18. Hokamp doesn't clearly explain why she wants to amend the complaint, or why she wants to add Mike Berger as a defendant. Hokamp filed a separate motion to add Berger as a defendant, vaguely alleging that he entered her residence and searched her bedroom without her consent. Dkt. 19.

I will deny these motions without prejudice. It's not fully clear why Hokamp wants to supplement the complaint, and her allegations about Berger are vague. Allowing Hokamp to supplement her complaint with these documents will create confusion and a disordered record.

Instead, I will allow Hokamp to file an amended complaint to clarify the factual basis of her claims and the defendants against whom she wants to proceed. Hokamp is advised that the amended complaint, if she chooses to file one, will act as a complete substitute for the complaint. This case will proceed on only the allegations made and claims presented in the amended complaint, and against only the defendants specifically named in the amended

complaint's caption. This means that, even though I have allowed Hokamp to proceed against German Olveres and Joe Flewellen on certain claims, Hokamp would have to plead her allegations against these defendants in the amended complaint to proceed against them. Hokamp is further advised that she must file an amended complaint on the court's prisoner complaint form and that, if she needs extra space to allege her claims, she may submit no more than five supplemental pages. Any text on the form or a supplemental page must be large enough and have enough spacing between lines and in the margins for the court to read it easily. Hokamp must do the following if she decides to file an amended complaint:

- Carefully consider whether she is naming proper defendants and omit defendants who did not personally participate in, or otherwise cause, a violation of her constitutional rights. Hokamp must take care to allege what each defendant did, or failed to do, to violate her constitutional rights.
- Avoid referring to several defendants together. For instance, if more than one defendant has taken a particular action that Hokamp believes supports a claim, she should identify each defendant who took that action.
- Identify by full name all the individuals she wishes to sue in the amended complaint's caption.
- Omit legal arguments other than explaining what types of claims she wishes to assert.

ORDER

IT IS ORDERED that:

1. Plaintiff Pamela Jean Hokamp's motion to supplement and motion to add Mike Berger as a defendant, Dkt. 18 and Dkt. 19, are DENIED without prejudice.

2

2. Defendant German Olveres is to be recaptioned as German Olivares.

3. The clerk of court is directed to send plaintiff copies of this order and the court's nonprisoner complaint form.

Entered August 1, 2023.

                            BY THE COURT:

                            /s/

                            _____
                            JAMES D. PETERSON
                            District Judge